# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ALAN R. WARD,**
        Petitioner,

v.                                         Case No. 07-C-961

**JODINE DEPPISCH,**
        Respondent.

## ORDER

On its own motion and pursuant to 18 U.S.C. § 3006A(a)(2)(B), the court determines that petitioner is financially eligible for appointed counsel and that it is in the interests of justice to appoint counsel to represent petitioner in this matter. **THEREFORE**, **IT IS ORDERED** that this case is referred to the Federal Defender Services of Wisconsin, Inc., which shall identify an attorney to represent petitioner. Once counsel is identified, he or she will contact petitioner. After conferring with petitioner, counsel shall notify the court and counsel for respondent whether petitioner intends to proceed with an evidentiary hearing.

Dated at Milwaukee, Wisconsin, this 22 day of September, 2010.

/s_____
LYNN ADELMAN
District Judge